UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80191-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RODERICK VICKERS,
    Defendant.
_____/

## ORDER ADOPTING SEALED REPORT AND RECOMMENDATION AND APPOINTING APPELLATE COUNSEL

**THIS CAUSE** come before the court upon motion from counsel who represents the defendant in the above captioned case to withdraw as counsel of record, [DE 91]; for the defendant to be declared indigent for purpose of appeal; and for appointment of appellate counsel. Pursuant to 11th Cir. R. Addendum Four, 11th Cir. plan under the Criminal Justice Act (b)(2), this court conducted an *in camera* hearing to determine whether defendant-appellant is indigent and financially unable to retain counsel for appeal. Based on those findings, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendations of the United States Magistrate Judge are **adopted** and the defendant is declared indigent for appeal purposes.

2. The motion to withdraw, filed by counsel who represented the defendant during trial proceedings, Mr. Richard Keith Alan, II, Esq, is **granted** and he is instructed to deliver the case file to the below named appointed Appellate Counsel.

3. Ms. Randee J. Golder, P.O. Box 243756, Boynton Beach, FL 33424-3756, is appointed under the Criminal Justice Act as **Appellate Counsel.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __12__ day of May, 2008.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
Richard Keith Alan, II, Esq.
Randee J. Golder, Esq.
United States Court of Appeal, 11th Circuit

Daniel T. K. Hurley
United States District Judge